1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONELL DAVIS,

11             Petitioner,                2: 11 - cv - 519 - MCE TJB

12        vs.

13   G.D. LEWIS,

14             Respondent.          ORDER

15   _____/

16        Petitioner, for the third time, has requested a sixty day extension of time to file a traverse.

17   He has also requested the court to assign him counsel in this matter.  Based upon the

18   representations made and only for this request, it is determined that good cause has been shown,

19   and the request for extension of time is granted.  Petitioner is advised that no further extensions

20   of time will be granted, except for verified and extraordinary good cause shown.

21        There currently exists no absolute right to appointment of counsel in habeas proceedings.

22   *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996).  However 18 U.S.C. § 3006A

23   authorizes the appointment of counsel at any stage of the case "if the interests of justice so

24   require."  *See* Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not

25   find that the interests of justice would be served by the appointment of counsel at the present

26   time.  As such, his request will be denied.

1

Accordingly, IT IS HEREBY ORDERED that:

1.      Petitioner's request filed for an extension of time is GRANTED;

2.      Petitioner shall file his Traverse on or before March 31, 2012; and

3.      Petitioner's request for appointment of counsel is DENIED without prejudice to a renewal of the motion at a later stage of the proceedings.

DATED:  January 31, 2012

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE